IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT LEWIS GALLMAN,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-5495

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed March 4, 2015.

An appeal from an order of the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Bernard F. Daley, Tallahassee, for Appellant.

No appearance for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.